UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer**, | **Case No**. 2:18-cv-02321-MWF-AS |
| Plaintiff, | |
| v. | **Order Directing Clerk to Enter Judgment** |
| **Esther Wasserman,** in individual and representative capacity as trustee of the Esther Wasserman Family Trust; **S.E. Distribution, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Procedure 68(a), the Clerk is directed to enter judgment consistent with the terms of the Offer of Judgment prepared and served by the Defendants and accepted by the Plaintiff.

The Court retains jurisdiction for purposes of enforcement of the terms of the judgment.

The trial set for December 17, 2019, is VACATED.

Dated:  December 16, 2019  _____
MICHAEL W. FITZGERALD
United States District Judge