# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>ESTHER WASSERMAN, an individual and representative of the Esther Wasserman Family trust; and S.E. DISTRIBUTION, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:18-cv-2321-MWF-AS<br><br>Before the Honorable Michael W. Fitzgerald<br><br>**JUDGMENT FOR CHRIS LANGER** |

      Plaintiff Chris Langer and Defendants Esther Wasserman and S.E. Distribution, Inc. have reached a settlement in the above-entitled matter, whereby Plaintiff has accepted a Rule 68 Offer of Judgment (the "Offer") from Defendants. (Docket No. 86). Specifically, on December 2, 2019, Defendants served the Offer, which called for judgment for Plaintiff in the sum of $5,000, including all

costs and attorneys' fees. (Docket No. 86-2). On December 16, 2019, Plaintiff served Defendants notice that he had accepted the Offer. (Docket No. 86-3).

Good cause having been shown and pursuant to Rule 68 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment in favor of Plaintiff be entered as follows:

1. Defendants Esther Wasserman and S.E. Distribution, Inc. shall be jointly and severally liable to Plaintiff for a total of $5,000, which is inclusive of all attorneys' fees and costs.
2. The Court retains jurisdiction for the purpose of ensuring enforcement of the terms of the judgment.

Dated: December 20, 2019

_____
MICHAEL W. FITZGERALD
United States District Judge