| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Mark Potter, Esq., SBN 166317<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Dennis Price, SBN 279082<br>8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111<br>(858) 375-7385; (888) 422-5191 fax |
| 5 | dennisp@potterhandy.com |
| 6 | Attorney for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**Chris Langer**,

    Plaintiff,

  v.

**Esther Wasserman,** in individual and representative capacity as trustee of the Esther Wasserman Family Trust; **S.E. Distribution, Inc.**, a California Corporation; and Does 1-10,

    Defendants.

Case: 2:18-CV-02321-MWF-AS

**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**

Judgment Creditor hereby acknowledges full and complete satisfaction of judgment(s) in the above captioned matter. The Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment(s).

  a. **Judgments and Renewals**

| Event | Date |
|---|---|
| Judgment | December 20, 2019 |

Acknowledgment of Satisfaction of Judgment

**b. Judgment Creditor:**

| Name | Address |
|---|---|
| Chris Langer | C/o Dennis Price, Esq., 8033 Linda Vista Road, Suite 200, San Diego 92111 |

**c. Judgment Debtors:**

| Name | Last Known Address |
|---|---|
| Esther Wasserman | 1311 S. Hill Street, Los Angeles, CA |
| S. E. Distribution, Inc. | 1311 S. Hill Street, Los Angeles, CA |

**d. Status of Judgment Liens with the Secretary of State**

No notice of judgment lien has been recorded with the Secretary of State.

Dated: January 2, 2020

CENTER FOR DISABILITY ACCESS
By: /s/ Dennis Price
Dennis Price
Attorney for Plaintiff

Acknowledgment of Satisfaction of Judgment